IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Cynthia V. Robinson, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 4:05-1224-HMH-TER |
| ) | |
| vs. ) | **OPINION AND ORDER** |
| ) | |
| Jo Anne Barnhart, Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on a motion for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"). See 28 U.S.C. § 2412(a), (d) (West 1994 & Supp. 2005). Cynthia V. Robinson ("Robinson") seeks attorney's fees for services rendered in the above-captioned social security action in the amount of Three Thousand Eight Hundred Twenty-eight Dollars ($3,828.00) (calculated at $156.25 per hour times 24.5 attorney hours, rounded to the nearest dollar). The Commissioner does not object to the request for attorney's fees. In addition, Robinson seeks costs in the amount of Two Hundred Fifty Dollars ($250.00). The court finds the hourly rate, number of hours, and costs to be reasonable.

Therefore, it is

**ORDERED** that Robinson is awarded a fee in the amount of Three Thousand Eight Hundred Twenty-eight Dollars ($3,828.00) and costs of Two Hundred Fifty Dollars ($250.00).

**IT IS SO ORDERED**.

s/Henry M. Herlong, Jr.
United States District Judge

Greenville, South Carolina
March 21, 2006